IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL  NO. H-09-296-1 |
| GABRIEL GUZMAN-VILLA | § | |

**O R D E R**

The defendant filed a notice of appeal and a motion for appointment of counsel for appeal purposes.  (Docket Entry Nos. 174 and 175).  The magistrate judge will appoint counsel.

SIGNED on December 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge